UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MONIQUE BARBARA VOGEL,                )    NO. ED CV 17-1840-E
                                       )
                    Plaintiff,         )
                                       )
          v.                           )         **JUDGMENT**
                                       )
NANCY A. BERRYHILL, Deputy             )
Commissioner for Operations,          )
Performing duties and functions not)
reserved to the Commissioner of       )
Social Security,                       )
                                       )
                    Defendant.         )
_____)

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

the Social Security Administration is reversed in part and the matter

is remanded for further administrative action consistent with the

Opinion filed concurrently herewith.


        DATED: April 4, 2018.



                              _____
                                       /s/
                                 CHARLES F. EICK
                         UNITED STATES MAGISTRATE JUDGE